**9**

Rome LANE et al., Appellants, v. WABASH RAILWAY COMPANY. (Circuit Court of Appeals, Eighth Circuit. June 10, 1925.) No. 6157. Appeal from the District Court of the United States for the Eastern District of Missouri. Clifford B. Allen and Lee W. Hagerman, both of St. Louis, Mo., for appellants. N. S. Brown, of St. Louis, Mo., for appellee.

PER CURIAM. Appeal dismissed, without costs to either party in this court, per stipulation of parties.